UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3629 FMO | Date | May 20, 2024 |
|---|---|---|---|
| Title | In re: MDRCA Properties, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

Counsel for appellant is ordered to show cause, in writing, by not later than **May 29, 2024**, why this case should not be dismissed for lack of prosecution for failure to:

☐ Pay the filing fee pursuant to 28 U.S.C. § 1930.

**X** File the statement of issues pursuant to Fed. R. Bankr. P. 8009.

**X** File the designation of record pursuant to Fed. R. Bankr. P. 8009.

**X** File a transcript order notice, which is required whether or not appellant wishes to include a transcript in the record pursuant to Fed. R. Bankr. P. 8009, Fed. R. App. P. 10(b)(1) and 9th Cir. R. 10-3.

☐ File the transcript(s) pursuant to Fed. R. Bankr. P. 8009.

☐ Complete the record pursuant to Fed. R. Bankr. P. 8010.

☐ File an opening brief or request an extension of time to do so pursuant to Fed. R. Bankr. P. 8011 and 8018.

Appellant is cautioned that failure to file the required items by the deadline set forth above will result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |