ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  *rzur@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Appellant MDRCA Properties, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re: MDRCA Properties, LLC,<br><br>Debtor, | Case No. 2:24-cv-03629-FMO<br><br>Bankr. Case No. 2:23-bk-18108-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION [14] TO DISMISS APPEAL**<br><br>Judge: Fernando M. Olguin |

1    The Court having considered the *Stipulation to Dismiss Appeal* by and
2 between appellant MDRCA Properties, LLC, and appellee Jeffry Scapa
3 ("Stipulation") and for good cause appearing:
4    IT IS HEREBY ORDERED:
5    1.   The Stipulation is approved in its entirety.
6    2.   The above-captioned appeal by the Debtor hereby is dismissed, each
7 party to bear its own fees and costs in connection with the appeal.

9 Dated: June 17, 2024                    /s/
                                    _____
                                    Honorable Fernando M. Olguin
                                    United States District Judge

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

5386560

2
ORDER APPROVING STIPULATION TO DISMISS APPEAL